# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: **10-CV-00222-MSK**

Plaintiff:
**ARAPAHOE HYUNDAI, LLC**

vs.

Defendant:
**UNITED PARCEL SERVICE, INC. a Delaware Corporation; UNITED PARCEL SERVICE, INC. a Ohio Corporation.; UNITED PARCEL SERVICE CO. a Delaware Corporation**

For:
DARREN NATVIG
IRWIN & BOESEN, PC
4100 E MISSISSIPPI AVE
SUITE 1900
DENVER, CO 80246

Received by Hibernia Investigations, Inc. to be served on **UNITED PARCEL SERVICE, INC. (OHIO) C/O CORPORATION SERVICE COMPANY, 1560 BROADWAY STE 2090, DENVER, Denver County, CO 80202**.

I, James Tiemann, being duly sworn, depose and say that on the **12th** day of **February, 2010** at **9:24 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PAMELA TRUJILLO as AGENT of CORPORATION SERVICE COMPANY** for **UNITED PARCEL SERVICE, INC. (OHIO)**, at the address of: **1560 BROADWAY STE 2090, DENVER, Denver County, CO 80202** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me in the city and county of Denver, State of Colorado on the 16th day of February, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC
CLIVE MULVIHILL

James Tiemann
Process Server

Hibernia Investigations, Inc.
727 W. 6th Ave.
Denver, CO 80204
(303) 996-0641

Our Job Serial Number: 2010000661
Ref: UPS

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z